UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITE HERE RETIREMENT FUND and
TRUSTEES OF THE UNITE HERE
RETIREMENT FUND,

        *Plaintiffs*,

v.

SOHO BOUTIQUE CHICAGO, LLC,

        *Defendant.*

Civil Action
7:22-cv-3240-CS

**JUDGMENT IN DEFAULT**

---

AND NOW, this 19th day of October, 2022, upon consideration of Plaintiffs' Motion for Default Judgment, it is hereby ORDERED that Plaintiffs' Motion is GRANTED, and JUDGMENT is entered in favor of the Plaintiffs and against the Defendant Soho Boutique Chicago, LLC in a total amount of $98,629.82 for the following:

(a) $92,469.92 [handwritten, replacing $92,530.00] or the default under the Settlement Agreement, including interest through October 19, 2022, and liquidated damages pursuant to ERISA Sections 502(g)(2)(A)-(C). 29 U.S.C. §§1132(g)(2)(A)-(C); and

(b) Attorneys' fees in the amount of $5,534.50, and court costs and disbursements in the amount of $565.32 pursuant to Section 502(g)(2)(D) of ERISA 29 U.S.C. §1132(g)(2)(D).

SO ORDERED:

_____
HON. CATHY SEIBEL, U.S.D.J.